– CORRECTED COPY –

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 13 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ACCUTANE PRODUCTS
LIABILITY LITIGATION
    Carrie Shellhammer v. Merck & Co., Inc., et al.,   )
    N.D. California, C.A. No. 3:07-5586   )     MDL No. 1626

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
### AND VACATING THE JANUARY 30, 2008, HEARING SESSION

    A conditional transfer order was filed in this action (*Shellhammer*) on November 9, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Shellhammer* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-14" filed on November 9, 2007, is LIFTED. The action is transferred to the Middle District of Florida for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James S. Moody, Jr.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 13, 2007, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

A CERTIFIED TRUE COPY

DEC 13 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By:

IN RE: ACCUTANE PRODUCTS LIABILITY
LITIGATION

MDL No. 1626

INVOLVED COUNSEL LIST

Donald W. Buckler
MORGAN & MORGAN P A
101 E. Kennedy Blvd., Suite 1790
Tampa, FL 33602

Bonnie L. Gallivan
ICE MILLER LLP
One American Square
Box 82001
Indianapolis, IN 46282

Michael X. Imbroscio
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566
Washington, DC 20004

Edward A. Moss
SHOOK HARDY & BACON LLP
201 S. Biscayne Boulevard
Suite 2400
Miami, FL 33131-4332

Kathleen Dunn Patterson
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

Matthew J. Quinlan
CARTWRIGHT LAW FIRM INC
222 Front Street, 5th Floor
San Francisco, CA 94111

Richard Michael Zabak
GRAY ROBINSON P A
201 N. Franklin Street, Suite 2200
P.O. Box 3324
Tampa, FL 33601-3324

# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

December 13, 2007

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S.
   Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Re: MDL No. 1626 -- IN RE: Accutane Products Liability Litigation

    Carrie Shellhammer v. Merck & Co., Inc., et al., N.D. California, C.A. No. 3:07-5586

Dear Ms. Loesch:

    A conditional transfer order was filed in the above matter on <u>November 9, 2007</u>. Prior to the expiration of that order's 15-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a Corrected certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

    A list of involved counsel is attached.

                              Very truly,

                              Jeffery N. Lüthi
                              Clerk of the Panel

                              By_____
                              Regina Hale
                              Calendar Clerk

Enclosures

cc:     Transferee Judge: Judge James S. Moody, Jr.
        Transferor Judge: Judge Maria-Elena James
        Transferor Clerk: Richard W. Wieking